UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
PETER LUCIANO, :
on behalf of himself and all other employees :
similarly situated, :  Civil Action No. 05-cv-06463 (MAT)
:
Plaintiff, :
: **ORDER**
vs. :
:
THE EASTMAN KODAK COMPANY, :
:
Defendant. :
:
-----------------------------------------------------------------x

    This matter having come before the Court by letter application of Seyfarth Shaw LLP, and Woods, Oviatt, Gilman, LLP, attorneys for defendant Eastman Kodak Company ("Kodak"), for an Order extending defendant Kodak's time to reply to plaintiff's answering papers in opposition to Defendant Kodak's Motion to Dismiss the Complaint in Part and to Strike Plaintiff's Consent to Become a Party Plaintiff, and the Court having considered the application and good cause having been shown;

    It is on this 2nd day of December , 2005,

    ORDERED as follows:

    Defendant Kodak's time to reply, shall be extended from December 2, 2005 up to and including December 6, 2005.

                                               S/ MICHAEL A. TELESCA
                                               Honorable Michael A. Telesca
                                               United States District Judge