UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GLEWWE AND CHRISTINE SCANLON, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | **FINAL JUDGMENT AND ORDER APPROVING COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE AND STIPULATION AND ORDER OF DISMISSAL OF ACTIONS**<br><br>05-CV-6462T |
| PETER LUCIANO, on behalf of himself and all other employees similarly situated,<br><br>Plaintiffs,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | 05-CV-6463T |
| PETER LUCIANO AND RONALD NAYMAN, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | 06-CV-6472L |
| LINDA LETOUZEL, on behalf of herself and all other employees similarly situated, | 05-CV-6464T |

11107707.1

|  |  |
|---|---|
| Plaintiffs,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. |  |
| RONALD NAYMAN,<br><br>Plaintiff,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | 06-CV-6470L |
| PETER LUCIANO,<br><br>Plaintiff,<br><br>- v -<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | 06-CV-6471L |

Upon agreement of the parties and on review of the parties' Joint Stipulation of Collective Action Settlement Agreement and Release ("Agreement"), **IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED THAT:**

1. The above-captioned actions ("Actions") shall be, and hereby are, consolidated for purposes of dismissal and settlement only pursuant to this Final Judgment and Order and entry of this Order;

2. The Actions shall be, and hereby are, dismissed in their entirety with prejudice, and all of the claims as set forth in the Agreement

    shall be, and hereby are, fully, finally, and forever dismissed, released, relinquished, and discharged, with prejudice, with all parties to bear their own costs and attorneys' fees;

3.     The Release as set forth in the parties' Agreement is hereby approved;

4.     This Court has jurisdiction over the subject matter of the Actions and over all parties to the Actions, including all collective action members;

5.     The Settlement as embodied in the Agreement is hereby approved as being a fair, reasonable and adequate settlement and compromise of a *bona fide* dispute;

6.     Steven V. Modica, Esq. is hereby appointed as Special Master pursuant to the Agreement;

7.     The Release as set forth in the Settlement Agreement between Linda LeTouzel and Eastman Kodak Company is hereby approved and the settlement contained therein is a fair, reasonable and adequate settlement and compromise of a *bona fide* dispute;

8.     The Agreement shall be implemented in accordance with its terms and conditions;

9.     The Plaintiffs in the Actions and the collective action members who have opted into the Settlement are hereby forever barred and enjoined from prosecuting the released claims against any of the Released Parties as defined in the Agreement;

10.     This Final Judgment and Order and the Agreement, and all papers related thereto, are not, and shall not be construed to be, an admission by Eastman Kodak Company of any liability, claim or wrongdoing whatsoever, and shall not be offered as evidence of any such liability, claim or wrongdoing in these Actions or in any other proceeding;

11.     In the event that the Settlement does not become effective in accordance with the terms of the Agreement, then this Final Judgment and Order shall be rendered null and void and shall be vacated, and in such event, all orders entered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

12. Without affecting the finality of this Final Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this Settlement and the Agreement, (b) disposition of the settlement funds, and (c) all parties hereto for the purpose of construing, enforcing and administering the Agreement and this Final Judgment and Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: August 18, 2008

**SO ORDERED:**

s/Michael A. Telesca
**HON. MICHAEL A. TELESCA**

Dated: August 8, 2008

**SEYFARTH SHAW LLP**

By: _____
Lorie E. Almon, Esq.
620 Eighth Avenue
New York, NY 10018

*Attorneys for Defendant*
*Eastman Kodak Company*

11107707.1

Dated: August__, 2008                    **DOLIN, THOMAS & SOLOMON LLP**

                                         By: _J. Nelson Thomas/amo_
                                         J. Nelson Thomas, Esq.
                                         693 East Ave.
                                         Rochester, NY 14607
                                         Telephone: (585) 272-0540

                                         *Attorneys for Plaintiffs*
                                         *Peter Luciano and Ronald Nayman, et al.*

Dated: August 8, 2008                    **NIXON PEABODY LLP**

                                         By: _____
                                         Stephen J. Jones, Esq.
                                         1100 Clinton Square
                                         Rochester, NY 14603
                                         Telephone: (585) 263-1000

                                         *Attorneys for Defendant*
                                         *Eastman Kodak Company*