```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
REBECCA GLEWWE AND CHRISTINE SCANLON,
on behalf of themselves and all other
employees similarly situated,

                Plaintiffs,
                                              05-CV-6462T
        v.

THE EASTMAN KODAK COMPANY,                    ORDER

                Defendant.
_____

PETER LUCIANO, on behalf of himself and
all other employees similarly situated,

                Plaintiffs,
                                              05-CV-6463T
        v.

THE EASTMAN KODAK COMPANY,

                Defendant.
_____
PETER LUCIANO AND RONALD NAYMAN, on
behalf of themselves and all other
employees similarly situated,

                Plaintiffs,
                                              06-CV-6472
        v.

THE EASTMAN KODAK COMPANY,

                Defendant.
_____
LINDA LETOUZEL, on behalf of herself and
all other employees similarly situated,

                Plaintiffs,
                                              05-CV-6464T
        v.

THE EASTMAN KODAK COMPANY,

                Defendant.
_____
RONALD NAYMAN,

                Plaintiff,
```

```
                                              06-CV-6470
              v.

THE EASTMAN KODAK COMPANY,

              Defendant.
_____

PETER LUCIANO,

              Plaintiff,
                                              06-CV-6471
              v.

THE EASTMAN KODAK COMPANY,

              Defendant.
_____
```

On September 3, 2008, Special Master Steven V. Modica submitted an invoice to the court dated September 2, 2008 amounting to a total of $937.50 for services rendered and costs for the month of August 2008 as it relates to the above cases. I find the costs to be reasonable, and accordingly, hereby ORDER Kodak to pay the Special Master's invoices for the month of August 2008 totaling the sum of $937.50 within 20 days of the date of this Order.

**ALL OF THE ABOVE IS SO ORDERED.**

```
                              s/Michael A. Telesca
                                MICHAEL A. TELESCA
                            United States District Judge
```

DATED:   Rochester, New York
         September 8, 2008